UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY BERNARD,<br><br>          Plaintiff,<br><br>     v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>          Defendants. | Case No.: 3:25-cv-00658-MMD-CSD<br><br>**ORDER** |

On March 13, 2026, in screening Plaintiff Jeffrey Barnard's original complaint, the Court dismissed his First Amendment free-exercise and Eighth Amendment temperature-condition claims with leave to amend by April 15, 2026. (ECF No. 5). Before that deadline expired, Plaintiff moved to extend it by 45 days, arguing that more time is needed because he is proceeding unassisted and has more than three claims that involve numerous incidents and spans several prisons and dates. (ECF No. 7). The Court finds that good cause exists to extend the deadline for Plaintiff to file an amended complaint that complies with the Court's screening order. To that end, Plaintiff is reminded that the Court granted him only narrow leave to amend his First Amendment free-exercise and Eighth Amendment temperature-condition claims, and expressly stated that he "does not have leave to add new claims." (ECF No. 5 at 7). The Court advised Plaintiff about the rules for pursuing multiple claims and defendants in a single lawsuit, and it instructed that each claim raised in his amended complaint must be "permitted by FRCP 18 or 20." (*Id.* at 8).

It is therefore ordered that Plaintiff's motion for an extension of time (ECF No. 7) is granted, and Plaintiff has **until May 29, 2026**, to file a first amended complaint consistent with the Court's March 13 screening order.

DATED: April 7, 2026

_____
UNITED STATES MAGISTRATE JUDGE