UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFFREY BERNARD,

Plaintiff,

v.

HIGH DESERT STATE PRISON, et al.,

Defendants.

Case No.: 3:25-cv-00658-MMD-CSD

**ORDER**

Plaintiff Jeffrey Bernard brings this pro se civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. He has applied for *in forma pauperis status*. (ECF Nos. 1, 4). Based on the financial information provided, the Court finds that Plaintiff is unable to prepay the full filing fee.

In screening Plaintiff's complaint, the Court dismissed his First Amendment free-exercise and Eighth Amendment temperature-condition claims with leave to amend by April 15, 2026. (ECF No. 5 at 9). The Court extended the deadline to May 29 on Plaintiff's motion. (ECF Nos. 7, 9). The Court then set this case for a global mediation conference along with Plaintiff's other lawsuits. (ECF Nos. 8, 12). Plaintiff moved for another extension of time to file an amended complaint, arguing his draft pleading was lost or confiscated when he was transferred to a different facility. (ECF No. 11). The parties did not settle at the mediation conference. (ECF No. 13).

It is therefore ordered that the application to proceed *in forma pauperis* **(ECF Nos. 1, 4) is GRANTED**. Plaintiff will not be required to pay an initial installment of the filing fee. He is permitted to maintain this action to conclusion without needing to prepay any additional fees or costs or give security for them. In the event this action is dismissed, the full filing fee must still be paid under 28 U.S.C. § 1915(b)(2).

It is further ordered that under 28 U.S.C. § 1915, the Nevada Department of Corrections will forward payments from the account of **Jeffrey Bernard, #1279701**, to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10) until the full $350 filing fee has been paid for this action.

It is further ordered that Plaintiff's motion for an extension of time **(ECF No. 11) is GRANTED nunc pro tunc**, and the deadline for Plaintiff to file an amended complaint is **reopened and extended to August 21, 2026**. Plaintiff is advised that no additional extension will be granted absent proof of exigent circumstances. Plaintiff is further advised that this action will be subject to dismissal without prejudice if he fails to file an amended complaint by August 21, 2026.

The Clerk of the Court is directed to (1) send copies of this order to the Finance Division of the Clerk's Office and the attention of Chief of Inmate Services for the Nevada Department of Corrections at formapauperis@doc.nv.gov; and (2) resend the screening order and its attachments (ECF Nos. 5, 5-1, 5-2) to Plaintiff.

DATED: July 22, 2026

UNITED STATES MAGISTRATE JUDGE